(WDNC Rev. 01/17) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* Birhan Cooper
was received by me on *(date)* March 23, 2020.

FILED
CHARLOTTE, NC

APR -3 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Birhan Cooper, who is designated by law to accept service of process on behalf of *(name of organization)* Brock & Scott PLLC on *(date)* 03/25/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: March 31, 2020

_____
Server's signature

Kim C. Green
Printed name and title

113 Indian Trail Rd N 280
Indian Trail NC 28079
Server's address

Additional information regarding attempted service, etc:

Case 3:20-cv-00182-RJC-DSC   Document 5   Filed 04/03/20   Page 1 of 3

**USPS TRACKING #**

9590 9402 5332 9154 5134 65



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Ms. LeGretta F. Cheek
113 Indian Trail Rd W
Suite 100
Indian Trail NC 28079

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brock & Scott, PLLC
ATTN Birshani Cooper
1315 Westbrook Plaza
Suite 100
Winston-Salem NC 27103

9590 9402 5332 9154 5134 65

2. Article Number (Transfer from service label)

7018 1830 0001 6583 7754

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAR 25 2020
WINSTON-SALEM NC 27103

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

LEGRETTA F. CHEEK

        *Plaintiff*
        v.

BROCK & SCOTT, PLLC,
BIRHARI COOPER

        *Defendant*

Civil Action No. 3:20CV182-RJC

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Birhari Cooper
Attention: Brock & Scott, PLLC
1315 Westbrook Plaza
Suite 100
Winston-Salem, NC 27103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LeGretta F. Cheek
113 Indian Trail Rd N Suite 100
Indian Trail NC 28079

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*[signature: Frank G. Johns]*
Frank G. Johns, Clerk
United States District Court

Date    **3/23/2020**