UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. No. 3:20-cv182-RJC

**LEGRETTA F. CHEEK**

    Plaintiff,

V.

**BANK OF AMERICA, N.A., JOHN DOE,
GURSTEL LAW FIRM, P.C.,
WHITNEY M. JACOBSON,
JESSE VASSALLO LOPEZ, BROCK & SCOTT, PLLC,
BIRSHARI COOPER,**

    **Defendants.**

FILED
CHARLOTTE, NC

APR -3 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

**COME NOW**, Plaintiff LeGretta F. Cheek (Cheek), in the above –entitled and numbered cause, request the filings of the summons issued to the following Defendants:

I.     BROCK & SCOTT, PLLC

II.    BIRSHARI COPPER

III.   CT CORPORATE SYSTEMS AGENT FOR BROCK & SCOTT, PLLC

Date: March 31, 2020

Sincerely,

*[signature]*

LeGretta F. Cheek
113 Indian Trail Rd. N Suite 100
Indian Trail NC 28079
lcheek9167@aol.com
704-578-4889