Le Gretta F. Cheek
113 Indian Trail Rd N
Suite 100
Indian Trail NC 28079

RECEIVED
CHARLOTTE, NC

APR - 3 2020

Clerk, US District Court
Western District of NC




U.S. POSTAGE PAID
FCM LG ENV
INDIAN TRAIL, NC
28079
MAR 31 20
AMOUNT
$1.40
R2304W120322-25

1020    28202

**First Class Mail**

United States Courthouse
Charles R. Jonas Federal Building
401 West trade Street
Clerk's office. Room 210
Charlotte NC 28202



Charlotte P&DC NC 282
WED 01 APR 2020 AM