UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEGRETTA F. CHEEK,<br><br>      Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; JOHN DOE; GURSTEL LAW FIRM, P.C.; WHITNEY M. JACOBSON; JESSE VASSALLO LOPEZ; BROCK & SCOTT, PLLC; BIRSHARI COOPER,<br><br>      Defendants. | CASE NO.: 3:20-CV-00182-RJC |

### DEFENDANTS BROCK & SCOTT, PLLC AND BIRSHARI COOPER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Brock and Scott, PLLC, and Birshari Cooper, by and through their undersigned counsel, respectfully move the Court, pursuant to Fed. R. Civ. P. 6(b), for a thirty (30) day extension of time to respond to Plaintiff's Complaint, through and including May 18, 2020. In support of this motion, Defendants Brock & Scott, PLLC and Birshari Cooper state as follows:

1. Plaintiff initiated this action by filing a Complaint on March 23, 2020.

2. Defendant Brock and Scott, PLLC, was served with Plaintiff's Complaint on March 26, 2020, and the time for responding has not expired.

3. Defendant Birshari Cooper has yet to be served with Plaintiff's Complaint, and thus the time for responding has not expired.

4. Brock and Scott, PLLC and Birshari Cooper, will need more time to investigate and respond to Plaintiff's allegations set forth in the Complaint and to prepare a responsive pleading.

5. This Motion is made in good faith and not for the purpose of undue delay.

**WHEREFORE**, Defendants Brock and Scott, PLLC, and Birshari Cooper respectfully request that the Court allow an additional thirty (30) days to respond to the Complaint, up to and including May 18, 2020.

Respectfully submitted this 13th day of April, 2020.

/s/ Alan M. Presel
Alan M. Presel, NC Bar #24470
BROCK & SCOTT, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
Telephone: 704-643-0290 ext. 1009
Facsimile: 704-553-7225
Email: Alan.Presel@brockandscott.com
*Attorneys for Defendants Brock & Scott, PLLC and Birshari Cooper*

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEGRETTA F. CHEEK,<br><br>                Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; JOHN DOE; GURSTEL LAW FIRM, P.C.; WHITNEY M. JACOBSON; JESSE VASSALLO LOPEZ; BROCK & SCOTT, PLLC; BIRSHARI COOPER,<br><br>                Defendants. | CASE NO.: 3:20-CV-00182-RJC |

## CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned has electronically filed the foregoing **Motion for Extension of Time** with the Clerk of Court using the CM/ECF system. This is to further certify that on this date the undersigned has served, or caused to be served, the foregoing upon *pro se* Plaintiff by placing a copy of the same in a postage paid envelope addressed to the person hereafter named, return address clearly indicated, to the place and address stated below, which is the last known address, and by depositing said envelope in the U.S. Mail:

        LeGretta F. Cheek
        113 Indian Trail Rd N, Suite 100
        Indian Trail, NC 28079
        *Pro Se Plaintiff*

This 13th day of April, 2020.

        /s/ Alan M. Presel
        Alan M. Presel, NC Bar #24470
        BROCK & SCOTT, PLLC
        8757 Red Oak Blvd., Suite 150
        Charlotte, NC 28217
        Telephone: 704-643-0290 ext. 1009
        Facsimile: 704-553-7225
        Email: Alan.Presel@brockandscott.com
        *Attorneys for Defendants Brock & Scott, PLLC and Birshari Cooper*