# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEGRETTA F. CHEEK,<br><br>                Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; JOHN DOE; GURSTEL LAW FIRM, P.C.; WHITNEY M. JACOBSON; JESSE VASSALLO LOPEZ; BROCK & SCOTT, PLLC; BIRSHARI COOPER,<br><br>                Defendants. | **CASE NO.: 3:20-CV-00182-RJC** |

### ORDER ALLOWING DEFENDANTS BROCK & SCOTT, PLLC AND BIRSHARI COOPER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**THIS CAUSE** came on to be heard before the United States District Court for the Western District of North Carolina upon the Motion for Extension of Time to Respond to Complaint filed by Defendants Brock & Scott, PLLC and Birshari Cooper. The Court finds that there is good cause to grant Defendants Brock & Scott, PLLC and Birshari Cooper's Motion.

**WHEREFORE** it is **ORDERED** that Defendants Brock & Scott, PLLC and Birshari Cooper shall be allowed through and including **May 18, 2020** to file an Answer or other responsive pleading to Plaintiff's Complaint.

### END OF DOCUMENT