IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. No. 3:20-cv-00182-RJC

LEGRETTA F. CHEEK,

    Plaintiff,

V.

BANK OF AMERICA, N.A., JOE DOE,
GURSTEL LAW FIRM, P.C., WHITNEY M.
JACOBSON, JESSE VASSALLO LOPEZ,
BROCK & SCOTT, PLLC, BIRSHARI COOPER,

    Defendants.

## DEFENDANTS GURSTEL LAW FIRM, P.C., WHITNEY M. JACOBSON AND JESSE VASSALLO LOPEZ MOTION TO DISMISS THE COMPLAINT

**NOW COMES** the Defendants Gurstel Law Firm, P.C., Whitney M. Jacobson and Jesse Vassallo Lopez, by and through undersigned counsel, and hereby move this Court for an order dismissing the Complaint in this action pursuant to the judicial common law rules against claim splitting and under Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure.

As grounds for their Motion, the movants would show unto this honorable Court the following:

1. Defendants Gurstel Law Firm, P.C., Whitney M. Jacobson and Jesse Vassallo Lopez do not have sufficient contacts with the State of North Carolina to be

subject to personal jurisdiction with this Court. Defendants move the Court to dismiss the Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

2. Plaintiff has brought this lawsuit in the Western District of North Carolina, however, pursuant to U.S.C. § 1391 this judicial district is an improper venue for this action. Defendants move the Court to dismiss the Complaint pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.

3. Plaintiff has already filed a lawsuit against Defendants in the United State District Court for the Western District of North Carolina, Case No. 3:19-CV-00590-FDW, that arises out of the same facts. With one suit already pending in federal court, Plaintiff has no right to assert another action "on the same subject in the same court, against the same defendant, at the same time." *Sensormatic Sec. Corp. v. Sensormatic Elecs. Corp.,* 273 Fed. Appx. 256, 265 (4th Cir. 2008). Accordingly, Defendants move to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

4. As further basis for their Motions, Defendants shall rely on the evidence, arguments and authorities set forth in their Memorandum of Law, in addition to the declarations of Defendants submitted in Case No. 3:19-CV-00590-FDW: Declaration of Norman I. Taple [on behalf of Gurstel Law Firm] ECF No. 17, C.A. No. 3:20-cv-00182-RJC; Declaration of Whitney M. Jacobson, ECF No. 19, C.A. No. 3:20-cv-00182-RJC; Declaration of Jesse Vassallo Lopez, ECF No. 20, C.A. No. 3:20-cv-00182-RJC).

WHEREFORE, Defendants Gurstel Law Firm, P.C., Whitney M. Jacobson and Jesse Vassallo Lopez respectfully request that the Court grant this Motion to Dismiss.

This the 18th day of May, 2020.

                          **SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS LLP**

                          */s/ Caren D. Enloe*
                          Caren D. Enloe NC State Bar No. 17394
                          P.O. Box 176010
                          Raleigh, NC  27619-6010
                          Telephone:  919-250-2000
                          Facsimile:  919-250-2124

                          *Attorney for Defendants Gurstel Law Firm, P.C., Whitney M. Jacobson, Jesse Vassallo Lopez*

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Tonya L. Urps
McGuire Woods, LLP
Fifth Third Center
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
turps@mcguirewoods.com
*Counsel for Bank of America, N.A.*

Alan M. Presel
Brock & Scott, PLLC
8757 Red Oak Blvd, Suite 150
Charlotte, NC 28217
Alan.presel@brockandscott.com
*Counsel for Brock & Scott, PLLC and Birshari Cooper*

I also certify that the foregoing document is being served this day on Plaintiff via First Class Mail, postage pre-paid and via email.

LeGretta F. Cheek
113 Indian Trail Road, Suite 100
Indian Trail, NC 28079
Lcheek9167@aol.com

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124

*Counsel for Defendants Gurstel Law Firm, P.C., Whitney M. Jacobson, Jesse Vassallo Lopez.*